```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    BETTY ELLEN ANDERSON
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. CR. S-07-119 LKK
                                   )
13              Plaintiff,         )
                                   ) ORDER AFTER STATUS CONFERENCE
14       v.                        )
                                   )
15  BETTY ELLEN ANDERSON,          )
                                   )
16              Defendant.         ) Judge: Hon. Lawrence K. Karlton
                                   )
17  _____)

18

19       A status conference was held May 8, 2007, all parties appearing with
20  counsel.  At the request of the parties, the Court scheduled a further
21  status conference for June 26, 2007, and ordered time excluded pursuant
22  to 18 U.S.C. § 3161(h)(8)(A) and (B) (Local Codes T2 and T4), in light of
23  the voluminous of discovery and complexity of the case.
24       IT IS SO ORDERED.
25
26  Dated:  May 11, 2007                    /s/ Lawrence K. Karlton
                                            LAWRENCE K. KARLTON
27                                          SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT
28
```