McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Room 10-100
Sacramento, California 95814
Telephone: (916) 554-2793

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR.S-07-119 LKK |
| | ) | |
| Plaintiff, | ) | ORDER EXCLUDING TIME |
| | ) | |
| v. | ) | |
| | ) | |
| BETTY ELLEN ANDERSON, and | ) | |
| TAMARA NICOLE ANDERSON, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Following a status conference on June 25, 2007, the court granted the unopposed request for a continuance for the purpose of further discovery, investigation, and defense preparation, made by counsel for defendants Anderson and Anderson.

This case was therefore scheduled for status conference on August 28, 2007, at 9:30 a.m.  Time for trial under the Speedy Trial Act is excluded between June 25, 2007, and August 28, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

DATED: June 28, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT