| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | TIMOTHY ZINDEL, Bar #158377<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant<br>BETTY ELLEN ANDERSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S-07-0119 LKK |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING**<br>) **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) **TIME** |
| BETTY ELLEN ANDERSON and<br>TAMARA NICOLE ANDERSON, | ) Date: August 28, 2007 |
| | ) Time: 9:30 a.m. |
| Defendants. | ) Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Betty Anderson and Tamara Anderson, through their respective attorneys, that the status conference scheduled for August 28 may be continued to October 30, 2007, at 9:30 a.m.

The discovery in this case includes extensive audio interviews, spans several years time, and is voluminous, and the Court has previously declared the case to be complex under the Speedy Trial Act. Counsel for both defendants is presently engaged in organizing the discovery for further analysis by the assigned investigators; several months will pass before counsel know how best to proceed. So that these tasks may be

completed, the parties agree that time under the Speedy Trial Act may be excluded through October 30, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A), (B)(ii) and (B)(iv) (Local Code T2 and T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 24, 2007        /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for BETTY ELLEN ANDERSON

Dated: August 24, 2007        /s/ T. Zindel for C. Fry
                              CANDACE FRY
                              Attorney for TAMARA ANDERSON

                              McGREGOR SCOTT
                              United States Attorney

Dated: August 24, 2007        /s/ T. Z. for M. Stegman
                              MATTHEW STEGMAN
                              Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 30, 2007, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare and in light of the unusual complexity of the case. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 24, 2007        LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT