```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    BETTY ELLEN ANDERSON
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       )  No. CR. S-07-119 LKK
                                    )
13             Plaintiff,           )
                                    )  ORDER AFTER STATUS CONFERENCE
14       v.                         )
                                    )
15  BETTY ELLEN ANDERSON,           )
                                    )
16             Defendant.           )  Judge: Hon. Lawrence K. Karlton
                                    )
17  _____  )

18
```

A status conference was held October 30, 2007, all parties appearing with counsel. At the request of the parties, the Court scheduled a further status conference for January 15, 2008, and ordered time excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B) (Local Codes T2 and T4), in light of the voluminous discovery and complexity of the case.

IT IS SO ORDERED.

Dated: November 8, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT