DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BETTY ELLEN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-07-119 LKK |
| Plaintiff, | |
| v. | **ORDER AFTER STATUS CONFERENCE** |
| BETTY ELLEN ANDERSON, | |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

A status conference was held January 15, 2008, all parties appearing with counsel. At the request of the parties, the Court scheduled a further status conference for April 15, 2008, at 9:30 a.m., and ordered time excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B) (Local Codes T2 and T4), in light of the voluminous discovery and complexity of the case.

IT IS SO ORDERED.

Dated: January 25, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT