DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BETTY ELLEN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-119 LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| BETTY ELLEN ANDERSON, et al., | |
| Defendants. | |

This matter came before the Court for a Status Conference on April 15, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by its counsel, Assistant United States Attorney Matthew Stegman, defendant BETTY ELLEN ANDERSON was represented by her counsel, Assistant Federal Defender Timothy Zindel (for Matthew C. Bockmon), and defendant Tamara Nicole Anderson was represented by her counsel, Candace Fry.

A Further Status Conference was set for May 28, 2008, at 9:30 a.m. in Courtroom 4 before the Honorable Lawrence K. Karlton.

1 | Therefore, good cause appearing,
2 | IT IS ORDERED that this matter be continued to May 28, 2008, at
3 | 9:30 a.m. for a Further Status Conference.
4 | IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)
5 | (iv), and Local Code T4, the period from April 15, 2008, through and
6 | including May 28, 2008, is excluded from the time computations required
7 | by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: April 18, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT