DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BETTY ELLEN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-119 LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| BETTY ELLEN ANDERSON, et al., | |
| Defendants. | |

This matter came before the Court for a Status Conference on May 28, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by its counsel, Assistant United States Attorney Matthew Stegman, defendant BETTY ELLEN ANDERSON was represented by her counsel, Michael Petrik, Jr. (for Matthew C. Bockmon), and defendant Tamara Nicole Anderson was represented by her counsel, Candace Fry.

A Further Status Conference was set for July 1, 2008, at 9:30 a.m. in Courtroom 4 before the Honorable Lawrence K. Karlton.

Therefore, good cause appearing,

1    IT IS ORDERED that this matter be continued to July 1, 2008, at
2 9:30 a.m. for a Further Status Conference.
3    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)
4 (iv), and Local Code T4, the period from May 28, 2008, through and
5 including July 1, 2008, is excluded from the time computations required
6 by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: June 2, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT