1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

   Attorney for Defendant
   BETTY ELLEN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-119 LKK |
| Plaintiff, | |
| | ORDER AFTER HEARING |
| v. | |
| BETTY ELLEN ANDERSON, et al., | |
| Defendants. | |

This matter came before the Court for a Status Conference on July 1, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by its counsel, Assistant United States Attorney Matthew Stegman, defendant BETTY ELLEN ANDERSON was represented by her counsel, Matthew C. Bockmon and defendant Tamara Nicole Anderson was represented by her counsel, Candace Fry.

A Further Status Conference was set for August 5, 2008, at 9:30 a.m. in Courtroom 4 before the Honorable Lawrence K. Karlton.

Therefore, good cause appearing,

IT IS ORDERED that this matter be continued to August 5, 2008, at 9:30 a.m. for a Further Status Conference.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), and Local Code T4, the period from July 1, 2008, through and including August 5, 2008, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: July 11, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT