DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BETTY ELLEN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S-07-0119 LKK |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| BETTY ELLEN ANDERSON and TAMARA NICOLE ANDERSON, | Date: September 16, 2008 |
| | Time: 9:30 a.m. |
| Defendants. | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Betty Anderson and Tamara Anderson, through their respective attorneys, that the status conference scheduled for August 5, 2008 may be continued to September 16, 2008 at 9:30 a.m.

This continuance is requested as counsel for plaintiff will be out of town.

It is further stipulated and agreed between the parties that the period beginning August 5, 2008 through and including September 16, 2008, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and

Local Code T4 for continuity and preparation of counsel and 18 U.S.C. § 3161(h)(3)(A)(B).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: July 30, 2008          /s/ Matthew C. Bockmon
                                      MATTHEW C. BOCKMON
                                      Assistant Federal Defender
                                      Attorney for BETTY ELLEN ANDERSON

Dated: July 30, 2008          /s/ Matthew C. Bockmon for
                                      CANDACE FRY
                                      Attorney for TAMARA ANDERSON

                                      McGREGOR SCOTT
                                      United States Attorney

Dated: July 30, 2008          /s/ Matthew C. Bockmon for
                                      MATTHEW STEGMAN
                                      Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: August 4, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT