```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    BETTY ELLEN ANDERSON
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-07-119 LKK |
|---|---|
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| BETTY ELLEN ANDERSON, et al., | ) |
| Defendants. | ) |
| _____ | ) |

This matter came before the Court for a Status Conference on September 16, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by its counsel, Assistant United States Attorney Matthew Stegman, defendant Betty Ellen Anderson was represented by her counsel, Matthew C. Bockmon and defendant Tamara Nicole Anderson was represented by her counsel, Candace Fry. Counsel for defendant Tamara Nicole Anderson informs the Court that her client is deceased and will file a motion to dismiss as to her client upon receipt of a death certificate.

///

1  The parties set trial dates as to defendant Betty Ellen Anderson.
2  The Trial Confirmation Hearing is set for January 6, 2009 at 9:15 a.m.
3  and a Jury Trial is set for February 3, 2009 at 10:30 a.m. before
4  Senior Judge Lawrence K. Karlton.

Therefore, good cause appearing,

IT IS ORDERED that this matter is set for Trial Confirmation Hearing on January 6, 2009 at 9:15 a.m., and Jury Trial on February 3, 2009 at 10:30 a.m.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), and Local Code T4, the period from September 16, 2008, through and including February 3, 2009, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: September 19, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT