```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2973

 5

 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   CR.S-07-119 LKK
                                 )
12              Plaintiff,       )
                                 )
13      v.                       )   ORDER RE:
                                 )   MOTION TO DISMISS INDICTMENT
14  TAMARA NICOLE ANDERSON,      )
                                 )
15              Defendant.       )
    _____)
16

17      Plaintiff United States of America, by and through its
18  undersigned counsel, pursuant to Fed. R. Crim. P. 48(a), moves to
19  dismiss the indictment filed against defendant TAMARA NICOLE
20  ANDERSON on March 22, 2007.  The government has received a copy of
21  TAMARA NICOLE ANDERSON's death certificate indicating that she died
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                  1
```

on August 17, 2008. Accordingly, the government moves to dismiss the indictment as to TAMARA NICOLE ANDERSON only in the above-entitled action.

DATED: September 25, 2008

MCGREGOR W. SCOTT
United States Attorney

By: /s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney

ORDER

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the indictment filed against TAMARA NICOLE ANDERSON, on March 22, 2007, be hereby DISMISSED.

IT IS SO ORDERED.

DATED: September 25, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT